| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| 2 | 450 Golden Gate Ave (11th Floor) |
| | San Francisco, CA 94102 |
| 3 | Telephone: (415) 436-7200 |
| 4 | Attorneys for the United States |

FILED

MAY 16 2008

CLERK
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )   CRIMINAL NO. 08-mj-70287PVT
              Plaintiff,   )
                           )
       v.                  )   NOTICE OF PROCEEDINGS ON
Ricardo Flamingo Sainz     )   OUT-OF-DISTRICT CRIMINAL
                           )   CHARGES PURSUANT TO RULES
                           )   5(c)(2) AND (3) OF THE FEDERAL RULES
              Defendant.   )   OF CRIMINAL PROCEDURE
                           )
_____)

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on __5/16/08__, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☑ Indictment    ☐ Information    ☐ Criminal Complaint    ☐ Other_____

pending in the __Eastern__ District of __Sacramento__ Case Number __06-CR-0496__

In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States Code, Section(s) __371__.

Description of Charges: __Conspiracy to commit bank fraud and credit application fraud; credit application fraud; bank fraud; aggravated identity theft; and misuse of social security number.__

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: __5-16-08__

Assistant U.S. Attorney

1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**USA,**

v.

**WARRANT FOR ARREST**

**RICARDO FLAMINGO SAINZ ,**

Case Number: **2:06–CR–00496–EJG**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **Ricardo Flamingo Sainz ,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Violation Petition   ☐ Other _____

charging him or her with (brief description of offense)

**CONSPIRACY TO COMMIT BANK FRAUD AND CREDIT APPLICATION FRAUD**

in violation of Title **18**   United States Code, Section(s) **371**

| T. Brown | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | 12/8/06   Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  $ _____   by   **Judge Edmund F. Brennan**

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |

1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

**FILED**

DEC - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


2 06 - CR - 0 4 9 6 EJG

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §§ 371, 1014, 1344(2) - Conspiracy to Commit Bank Fraud and Credit Application Fraud; 18 U.S.C. § 1014 - Credit Application Fraud; 18 U.S.C. § 1344(2) - Bank Fraud (4 counts); 18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft (4 counts); 42 U.S.C. § 408(a)(7)(B) - Misuse of a Social Security Number (3 counts) |
| v. | |
| NORA ANN SAINZ, RICARDO FLAMINGO SAINZ, | |
| Defendants. | |

I N D I C T M E N T

COUNT ONE:  [18 U.S.C. §§ 371, 1014; 1344(2) - Conspiracy to Commit Bank Fraud and Credit Application Fraud]

The Grand Jury charges:

   NORA ANN SAINZ, and
   RICARDO FLAMINGO SAINZ,

defendants herein, as follows:

   1. Beginning on or about January 18, 2002 and continuing through December 7, 2006, within the Eastern District of California and elsewhere, defendants NORA ANN SAINZ and RICARDO FLAMINGO SAINZ did knowingly combine, conspire, confederate, and agree with each other and others known and unknown to the grand jury, (a) to

1

1  execute a scheme and artifice to obtain the moneys and funds owned
2  by and under the custody and control of a federally insured
3  financial institution, to wit, the Golden One Credit Union (G1CU),
4  by means of material false and fraudulent pretenses,
5  representations, and promises; and (b) to make false statements to
6  obtain credit from the G1CU, all in violation of Title 18, United
7  States Code, Sections 371, 1014, and 1344(2).
8      2. The object of the conspiracy was to steal and to use
9  identification information of others to obtain by fraud credit
10 union memberships and credit union accounts and to use said credit
11 union memberships and credit union accounts to fraudulently obtain
12 G1CU money, to apply for a G1CU line of credit, and to make, or
13 attempt to make, purchases at various stores and merchants in the
14 Eastern District of California and elsewhere.
15     3. In furtherance of the conspiracy and to effect the objects
16 thereof, the following acts, among others, were committed by
17 defendants NORA ANN SAINZ and RICARDO FLAMINGO SAINZ within the
18 Eastern District of California and elsewhere:
19 A. On or before January 18, 2002, defendant NORA ANN SAINZ stole social security number xxx 72 2527 of victim E.L. for the
20    defendants' fraudulent use;
21 B. On or about January 18, 2002, defendant NORA ANN SAINZ provided the stolen social security number of victim E.L. to
22    the G1CU, located in Sacramento, California, to obtain by fraud credit union membership account number xxx783, a credit
23    union checking account bearing account number xxx6298635, and to cause checks to be issued under said account, for the
24    defendants' fraudulent use;
25 C. On or before April 24, 2005, defendant RICARDO FLAMINGO SAINZ stole social security number xxx 72 0852 of victim Z.R. for
26    the defendants' fraudulent use;
27 D. On or before April 24, 2005, defendant RICARDO FLAMINGO SAINZ stole W-2 information, employment information, and income
28    information of victim C.C. for the defendants' fraudulent use;

2

1  E.  Between on or about April 24, 2005 and April 29, 2005,
2      defendant RICARDO FLAMINGO SAINZ provided the stolen social
       security number of victim Z.R. to the G1CU, located in
3      Sacramento, California, to obtain by fraud credit union
       membership account xxx948 and credit union saving account
       xxx948-0, for the defendants' fraudulent use;
4
5  F.  On about April 24, 2005, on a "Credit Application" defendant
       NORA ANN SAINZ falsely certified residence information, debt
6      information, income information, and falsely certified that
       her social security number was xxx 72 2527, all to obtain by
       fraud the G1CU line of credit;
7
8  G.  On or about April 24, 2005, on a "Credit Application"
       defendant RICARDO FLAMINGO SAINZ falsely certified residence
9      information, debt information, employment information, income
       information, his date of birth, and he falsely certified that
10     his social security number was xxx 72 0852, all to obtain by
       fraud the G1CU line of credit; and
11 H.  On or about April 29, 2005, the defendants obtained by fraud
       from the G1CU a line of credit in the amount of $38,440.24.
12
13     All in violation of Title 18, United States Code, Sections
   371, 1344(2), and 1014.
14
   COUNT TWO:      [18 U.S.C. § 1014 - Credit Application Fraud]
15
       The Grand Jury further charges:   T H A T
16
                   NORA ANN SAINZ, and
17                 RICARDO FLAMINGO SAINZ,

18 defendants herein, from on or before April 24, 2005 and continuing
19 through April 29, 2005, in the Eastern District of California, did
20 knowingly make a false statement and report in connection with an
21 application for a line of credit from the Golden One Credit Union,
22 a credit union whose accounts were then insured by the National
23 Credit Union Administration, to wit, the defendants, in applying
24 for a vehicle loan in the amount of $38,440.24, falsely certified
25 residence information, debt information, employment information,
26 income information, date of birth information, and social security
27 number information, to include use of the social security numbers
28 of victim E.L. and victim Z.R., to influence the action of the

3

05/16/2008 08:14 FAX 9169772533 ☒006/019
Case 5:08-mj-70287-PVT   Document 1   Filed 05/16/2008   Page 6 of 10
Case 2:06-cr-00496-EJG   Document 1   Filed 12/07/2006   Page 4 of 10

1 credit union, and aided and abetted such, all in violation of Title
2 18, United States Code, Sections 1014 and 2.
3 <u>COUNTS THREE AND FOUR</u>:   [18 U.S.C. § 1344(2) - Bank Fraud and
                                Attempted Bank Fraud]
4
5    The Grand Jury further charges:   T H A T
6                NORA ANN SAINZ,
7 defendant herein, on or about the dates set forth below, in the
8 Eastern District of California, did knowingly execute and attempt
9 to execute a scheme and artifice to obtain the monies, funds,
10 credits, assets, and other property owned by and under the custody
11 and control of the Golden One Credit Union, a credit union whose
12 accounts were then insured by the National Credit Union
13 Administration, by means of false and fraudulent pretenses and
14 representations, to wit, by the use of a false social security
15 number. In executing the scheme to defraud, defendant NORA ANN
16 SAINZ opened a credit union checking account which caused checks to
17 be drawn on the credit union, and a credit union line of credit,
18 with false social security information as set forth below:

| Count | Date | Fraudulent Transaction | False I.D. Used |
|---|---|---|---|
| 3 | 01/18/02 | OBTAINING G1CU CHECKING ACCOUNT | SSN xxx 72 2527 of victim E.L. |
| 4 | 04/24/05 | OBTAINING G1CU LINE OF CREDIT | SSN xxx 72 2527 of victim E.L. |

   All in violation of Title 18, United States Code, Sections
1344(2) and 2.
///
///
///

4

1  COUNTS FIVE AND SIX: [18 U.S.C. § 1344(2) - Bank Fraud and Attempted Bank Fraud]

2  The Grand Jury further charges: T H A T

3  RICARDO FLAMINGO SAINZ,

4  defendant herein, on or about the dates set forth below, in the
5  Eastern District of California, did knowingly execute and attempt
6  to execute a scheme and artifice to obtain the monies, funds,
7  credits, assets, and other property owned by and under the custody
8  and control of the Golden One Credit Union, a credit union whose
9  accounts were then insured by the National Credit Union
10 Administration, by means of false and fraudulent pretenses and
11 representations, to wit, by the use of false social security
12 numbers. In executing the scheme to defraud, defendant RICARDO
13 FLAMINGO SAINZ attempted to open a credit union joint account, and
14 opened a credit union membership, savings account, and line of
15 credit, with false social security information as set forth below:

| Count | Date | Fraudulent Transaction | False I.D. Used |
|---|---|---|---|
| 5 | 08/10/04 | ATTEMPTING TO OBTAIN A G1CU JOINT ACCOUNT | SSN xxx 13 6677 of victim T.D. |
| 6 | 04/24/05 | OBTAINING G1CU MEMBERSHIP, SAVINGS ACCOUNT, AND A LINE OF CREDIT | SSN xxx 72 0852 of victim Z.R. and employee number xxx15081905 of victim C.C. |

All in violation of Title 18, United States Code, Sections 1344(2) and 2.

COUNTS SEVEN AND EIGHT: [18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft]

The Grand Jury further charges: T H A T

NORA ANN SAINZ,

defendant herein, on or about the dates set forth below, in the

5

1  Eastern District of California, did knowingly possess and use,
2  without lawful authority, a means of identification of another
3  person, as set forth below, during and in relation to a felony
4  violation of Federal law pursuant to Chapter 63 of Title 18, United
5  States Code, to wit, bank fraud and attempted bank fraud in
6  violation of 18 U.S.C. § 1344(2), as charged in Counts 3 and 4,
7  incorporated herein by reference:

| Count | Date | Fraudulent Transaction | Transferred Means of Identification |
|---|---|---|---|
| 7 | 01/18/02 | OBTAINING G1CU CHECKING ACCOUNT | SSN xxx 72 2527 of victim E.L. |
| 8 | 04/24/05 | OBTAINING G1CU LINE OF CREDIT | SSN xxx 72 2527 of victim E.L. |

13     All in violation of Title 18, United States Code, Section
14  1028A(a)(1).
15  COUNTS NINE AND TEN: [18 U.S.C. § 1028A(a)(1) - Aggravated Identity
16                       Theft]
17     The Grand Jury further charges:  T H A T
18                    RICARDO FLAMINGO SAINZ,
19  defendant herein, on or about the dates set forth below, in the
20  Eastern District of California, did knowingly possess and use,
21  without lawful authority, a means of identification of another
22  person, as set forth below, during and in relation to a felony
23  violation of Federal law pursuant to Chapter 63 of Title 18, United
24  States Code, to wit, bank fraud and attempted bank fraud in
25  violation of 18 U.S.C. § 1344(2), as charged in Counts 5 and 6,
26  incorporated herein by reference:

| Count | Date | Fraudulent Transaction | Transferred Means of Identification |
|---|---|---|---|

| 9 | 08/10/04 | ATTEMPTING TO OBTAIN A G1CU JOINT ACCOUNT | SSN xxx 13 6677 of victim T.D. |
|---|---|---|---|
| 10 | 04/24/05 | OBTAINING G1CU LINE OF CREDIT | SSN xxx 72 0852 of victim Z.R. and employee number xxx15081905 of victim C.C. |

All in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT ELEVEN:    [42 U.S.C. § 408(a)(7)(B) - Misuse of Social Security Number]

The Grand Jury further charges:   T H A T

NORA ANN SAINZ,

defendant herein, on or about January 18, 2002, in the State and Eastern District of California, for the purpose of obtaining the monies, funds, credits, assets, and other property owned by and under the custody and control of the Golden One Credit Union, to which she was not entitled, and with intent to deceive, did falsely represent a number to be the social security account number assigned to her by the Commissioner of Social Security, when in fact such number was not the social security account number assigned to her by the Commissioner. Specifically, the defendant falsely represented to G1CU that her social security number was xxx 72 2527, to obtain a membership, a checking account and checks, a joint account, and a line of credit, when she knew her true social security number was another number.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

///
///

7

Case 2:06-cr-00496-EJG    Document 1    Filed 12/07/2006    Page 8 of 10

1 | <u>COUNTS TWELVE AND THIRTEEN</u>:    [42 U.S.C. § 408(a)(7)(B) - Misuse of a Social Security Number]

3 | The Grand Jury further charges: T H A T

4 | RICARDO FLAMINGO SAINZ,

defendant herein, on or about each date set forth below, in the State and Eastern District of California, for the purpose of obtaining the monies, funds, credits, assets, and other property owned by and under the custody and control of the Golden One Credit Union, to which he was not entitled, and with intent to deceive, did falsely represent numbers to be the social security account number assigned to him by the Commissioner of Social Security, as set forth below, when in fact the number was not the social security account number assigned to him by the Commissioner. Specifically, as set forth below, the defendant falsely represented to G1CU that his social security number was the numbers set forth below, to obtain a credit union membership account, a credit union savings account, a credit union joint account, and a credit union line of credit, when he knew his true social security number was another number.

| Count | Date | Financial Institution and Account Number | SSA Number |
|---|---|---|---|
| 12 | 08/10/04 | G1CU Account No. xxx783 | xxx 13 6677 |
| 13 | 04/24/05 | G1CU Account No. xxx946 | xxx 72 0852 |

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

8