**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number
408.535.5363

May 21, 2008

**Clerk of Court**
**US District Court for Eastern California**
**4-200 United States Courthouse**
**5011 I Street,**
**Sacramento, CA 95814-2322**

Case Name:     **USA-v-Ricardo Flamingo Sainz**
Case Number:   **5-08-70287-PVT  (Your Case# 2:06-CR-00496-EJG)**
Charges:       **Conspiracy to Commit Bank Fraud and Credit Application Fraud**
Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:

Original  Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by:     *Cita F. Escolano*
Case Systems Administrator

Enclosures
cc: Financial Office
-----------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____         **CLERK, U.S. DISTRICT COURT**

                                                 **By** _____
                                                    **Deputy Clerk**